NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GRAPEVINE IMPORTS, LTD., A TEXAS LIMITED PARTNERSHIP, T-TECH, INC., A TEXAS CORPORATION, AS TAX MATTERS PARTNER,**

*Plaintiffs-Appellees,*

v.

**UNITED STATES,**

*Defendant-Appellant.*

---

2008-5090

---

Appeal from the United States Court of Federal Claims in 05-CV-296, Judge Francis M. Allegra.

---

## ON MOTION

---

## O R D E R

Bausch & Lomb Incorporated moves for leave to file a brief amicus curiae in support Grapevine Imports, Ltd. The United States consents, and moves without opposition for an extension of time to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Bausch & Lomb's motion for leave to file a brief amicus curiae is granted.

(2) The United States' motion for an extension of time is granted. The United States' reply brief is due within 14 days of the date of filing of this order.

FOR THE COURT

__SEP 1 3 2010__
    Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Howard R. Rubin, Esq.
    Joan I. Oppenheimer, Esq.
    Roger J. Jones, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

SEP 1 3 2010

**JAN HORBALY CLERK**